UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natalie Angel McCoy

_____

_____

Write the full name of each plaintiff.

-against-

West End Residences Housing Development Fund
Company, Inc. d/b/a Homeward NYC
Sypress Rodriquez

_____

Leslie Ann McCall

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

1:26 CV 01341-LLS
_____
(Include case number if one has been
assigned)

AMENDED
COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Natalie Angel McCoy_____ , is a citizen of the State of
         (Plaintiff's name)

__California_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Leslie Ann McCall/ Sypress Rodriquez__ , is a citizen of the State of
(Defendant's name)

## New York

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, West End Residences Housing Development Fund Company, Inc. , is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Natalie | A | McCoy |
|---|---|---|
| First Name | Middle Initial | Last Name |

**737 Post St #434**
Street Address

| San Francisco, San Francisco | California | 94109 |
|---|---|---|
| County, City | State | Zip Code |

| 6282864605 | mccoysgiftllc@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

West End Residences Housing **Development Fund Company, Inc.**

First Name                                   Last Name

Current Job Title (or other identifying information)

**475 Riverside Drive Suite 740**

Current Work Address (or other address where defendant may be served)

**New York, New York            New York            10115**

County, City                              State                      Zip Code

Defendant 2:

**Leslie Ann              McCall**

First Name                                   Last Name

**Director of Temporary Housing Assistance**

Current Job Title (or other identifying information)

**483 West End Avenue**

Current Work Address (or other address where defendant may be served)

**New York, New York            New York            10024**

County, City                              State                      Zip Code

Defendant 3:

**Sypress               Rodriquez**

First Name                                   Last Name

**Case Manager**

Current Job Title (or other identifying information)

**483 West End Avenue**

Current Work Address (or other address where defendant may be served)

**New York, New York            New York            10024**

County, City                              State                      Zip Code

Defendant 4:

_____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  483 West End Avenue, New York, New York 10024

Date(s) of occurrence:  12/26/25, 12/29/25, 1/7/26,1/8/26,1/12/26,1/16/26,1/28/26

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I entered the West End Intergenerational Residence with my minor child. The shelter is operated by Homeward NYC under a contract with the New York City Department of Homeless Services ( "DHS" ). Because the shelter performs DHS functions, Homeward NYC and its staff acted as government employees for purposes of this case.

When I arrived, staff repeatedly gave me a document titled "Request for Voluntary Direct Payment for Emergency Housing," which listed both Homeward NYC and the City of New York Department of Homeless Services. The form stated that I was requesting DHS emergency housing and that DHS/DSS could remove money from my Public Assistance grant and pay it directly to the shelter.

I refused to sign the form because I did not agree with it and did not consent to money being taken from my benefits.

After I refused to sign, Defendant Sypress Rodriguez, my caseworker, pressured me, acted hostile toward me, and implied that my shelter placement could be at risk if I did not sign. This caused me fear, stress, and emotional distress.

Because I refused to sign the form, I experienced retaliation. My transition to Temporary Housing Assistance was delayed even though I had completed the DHS investigation and was eligible.

Instead of processing my Temporary Housing Assistance, the shelter required me to reapply for emergency housing every 10 days for about two and a half months. This 10? day cycle is supposed to be temporary, but it was used against me after I refused to sign the form.

The repeated 10day reapplications caused instability, fear, and emotional harm to me and my minor child.

Page 5

Defendant Leslie Ann McCall, a supervisor at Homeward NYC, failed to stop the coercive and retaliatory conduct. She allowed staff to continue pressuring me to sign the form and permitted the ongoing 10 day emergency housing cycle even though I was eligible for longer term placement.

Homeward NYC, through its DHS contract, its policies, and its supervisory failures, allowed its staff to act together to pressure me, retaliate against me, and deprive me of fair and lawful treatment in the administration of DHS services.

As a result of Defendants actions, I suffered emotional distress, fear of losing shelter, instability, and deprivation of my Fourteenth Amendment rights.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a result of Defendants actions, I suffered significant emotional and psychological harm. The repeated pressure to sign a form I did not agree with, the intimidation by staff, and the fear that my shelter placement could be taken away caused me severe stress, anxiety, and ongoing emotional distress. The instability created by being forced to reapply for emergency housing every 10 days caused constant fear and uncertainty for both me and my minor child. This instability worsened my anxiety and made it difficult to sleep, concentrate, or feel safe in the shelter environmentalso experienced physical symptoms related to stress, including headaches, fatigue, and difficulty eating during injuries.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages of $6,000,000 for the emotional, psychological, and other injuries caused by Defendants actions. Punitive damages against the individual defendants in an amount determined by the Court or jury. Declaratory relief stating that Defendants violated Plaintiffs Fourteenth Amendment rights.Injunctive relief requiring Defendants to stop coercive and retaliatory practices.Nominal damages.Costs of this action.

Any other relief the Court deems just and proper.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 3/24/2026 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Natalie | Angel | McCoy |
| First Name | Middle Initial | Last Name |
| 737 Post St #434 | | |
| Street Address | | |
| San Francisco, San Francisco | California | 94109 |
| County, City | State | Zip Code |
| 628-286-4605 | | mccoysgiftllc@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.