UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE ANGEL MCCOY,<br><br>               Plaintiff,<br><br>          -v.-<br><br>WEST END RESIDENCES HOUSING DEVELOPMENT FUND COMPANY, INC.; SYPRESS RODRIGUEZ; and LESLIE ANN MCCALL,<br><br>               Defendants. | 26 Civ. 1341 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Court's diversity jurisdiction, alleging that Defendants violated her rights and caused her injury.  By order dated March 12, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.  On March 26, 2026, Plaintiff filed an amended complaint, which is the operative pleading. (Dkt. #9).  This action was thereafter reassigned to my docket.

For the reasons that follow, the Court directs service on Defendants.

### DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to the assistance of the Court and the U.S. Marshals Service to effect service.[1]  *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28

---

[1]     Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the

U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is directed to mail an information package to Plaintiff. Plaintiff

---

Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

may receive court documents by email by completing the attached form,

Consent to Electronic Service.[2]

SO ORDERED.

Dated:  April 6, 2026
          New York, New York

KATHERINE POLK FAILLA
United States District Judge

---

[2]     If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

3

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.    West End Residences Housing Development Fund Company, Inc.
      475 Riverdale Drive
      Suite 740
      New York, NY 10115

2.    Sypress Rodriguez
      Case Manager
      483 West End Avenue
      New York, NY 10024

3.    Leslie Ann McCall
      Director of Temporary Housing Assistance
      483 West End Avenue
      New York, NY 10024