Natalie Angel McCoy
GENERAL DELIVERY
North Las Vegas, Nevada 89030
mccoysgiftllc@gmail.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

NATALIE ANGEL MCCOY,

       Plaintiff,

vs.

WEST END RESIDENCES HOUSING
DEVELOPMENT FUND COMPANY, INC.,
DBA HOMEWARD NYC, ET AL,

       Defendant

Case No.: **1:26-CV-01341-KFP**

**MOTION TO CORRECT DOCKET ENTRIES**



## INTRODUCTION

Plaintiff, Natalie Angel McCoy, respectfully moves this Court to correct Docket Entries 14, 15, and 16, which are currently listed as "filed by Plaintiff, Natalie Angel McCoy", even though Plaintiff did not file these documents, did not receive copies of the executed waivers, and did not authorize or submit any waiver filings.

## RELEVANT FACTS

1. On April 6th, 2026, the Court issued an **Order of Service** directing the U.S. Marshals Service ("USMS") to serve the defendants pursuant to Federal Rule of Civil Procedure 4 ( c )(3).

2. On May 15th, 2026, the docket reflects that waivers of service were "returned executed" at Docket Nos. 14-16.

3. Each of these entries incorrectly states that the documents were **"filed by Natalie Angel McCoy".** Plaintiff did not file these waivers.

4. Plaintiff also did not receive copies of the executed waivers from the defendants, defendant's counsel, or USMS, as required by Federal Rule of Civil Procedure 5(b).

5. Because Plaintiff never received the waivers, Plaintiff cannot verify:

- **Whether the waivers were properly executed,**

- **Whether they were properly returned to USMS**

- **Whether the defendant's answer deadlines have properly begun under Rule 4 (d)(3).**

6. The incorrect docket entries create confusion regarding:

- **The source of the filings,**

- **Whether service was properly completed,**

- **Whether the defendant's answer deadlines have been triggered.**

7. Correction is necessary to ensure the docket accurately reflects the filing party and to preserve Plaintiff's procedural rights.

## RELIEF REQUESTED

Plaintiff respectfully requests that that the Court:

1. Correct Docket Entries 14-16 to reflect the proper   filing party (whether USMS or defendant's counsel), rather that Plaintiff.

2. Direct the defendants or USMS to properly serve Plaintiff with copies of the executed waivers pursuant to Rule 5(b).

3. Clarify that the defendant's answer deadlines do not begin to run until Plaintiff is properly served with the executed waivers.

4. Grant any further relief the Court deems just and proper.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court correct the docket to accurately reflect the source of the waiver filings and ensure proper service of the executed waivers.

Date: June 17th, 2026

**Respectfully Submitted,**

**Natalie Angel McCoy**

**Pro Se Plaintiff**

**North Las Vegas, Nevada**

The Court has received Plaintiff's above-motion to correct the docket as well as Plaintiff's notice (Dkt. #19).

The Clerk of Court is directed to correct docket entries 14, 15, and 16 to reflect the correct filing parties.  The Clerk of Court is further directed to mail a copy of docket entries 14, 15, and 16 to Plaintiff at her address of record.  Finally, the Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    June 24, 2026               SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE