UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NATALIE ANGEL MCCOY,

                                Plaintiff,

       -against-

WEST END RESIDENCES HOUSING
DEVELOPMENT FUND COMPANY, INC.;
SYPRESS RODRIGUEZ; and LESLIE
ANN MCCALL,

                           Defendants.
-------------------------------------------------------- X

Case No. 1:26-cv-01341-LLS

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the memorandum of law in support dated June 29, 2026, and all pleadings and proceedings heretofore had herein, Defendants', West End Residences Housing Development Fund Company, Inc. d/b/a Homeward NYC ("Homeward NYC"), Richard (Sypress) Rodriguez[1] ("Rodriguez"), and Leslie Ann McCalla[2] ("McCalla") (collectively, "Defendants"), by their undersigned attorneys Boyd Richards Parker & Colonnelli, P.L., hereby move this Court, before the Hon. Judge Katherine Polk Failla, in Room 618 of the United States Courthouse located 40 Foley Square, New York, New York, 10007, at a time and date to be designated by the Court, for an order, (a) dismissing the complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 8; and (b) granting such further relief that the Court deems just, proper and equitable under the circumstances.

Dated: New York, New York
       June 29, 2026

---

[1] Defendant, Sypress Rodriguez, was incorrectly named in the Amended Complaint. The defendant's correct legal name is Richard Rodriguez.
[2] Defendant, Leslie Ann McCall, was incorrectly named in the Amended Complaint. The defendant's correct legal last name is McCalla.

**Boyd Richards Parker & Colonnelli, P.L.**
*Attorney for Defendants*

By:/s/ Gizem Petrosino
Gizem Petrosino, Esq.
600 Third Avenue, Suite 2800
New York, New York 10016
Telephone: (212) 400-0626
Email:gpetrosino@boydlawgroup.com

To: **Natalie Angel McCoy**
General Delivery
North Las Vegas, NV 89030
(628) 286-4605
*Plaintiff*
PRO SE