UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE ANGEL MCCOY,<br><br>Plaintiff,<br><br>-v.-<br><br>WEST END RESIDENCES HOUSING DEVELOPMENT FUND COMPANY, INC.; SYPRESS RODRIGUEZ; and LESLIE ANN MCCALL,<br><br>Defendants. | 26 Civ. 1341 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

On August 20, 2026, the Court issued an Order to Show Cause ("OTSC") to Plaintiff for her failure to attend a scheduled August 19, 2026 telephonic conference with the Court. (Dkt. #28). Subsequently, the Court learned that the mailed notice of the August 19, 2026 telephonic conference sent to Plaintiff's address of record was returned to sender.

As a result, the Court is resending a copy of the OTSC and this Order to Plaintiff's prior address of record. Ms. McCoy is directed to write to the Clerk of Court, Pro Se Intake Unit, promptly to advise of her current address. *See Wilson* v. *N.Y. City Corp. Couns.*, No. 07 Civ. 3658 (JSR) (GWG), 2008 WL 516014, at *1 (S.D.N.Y. Feb. 27, 2008) (finding that court's inability to ensure plaintiff received order to show cause "should have no bearing on the dismissal, however, as it was plaintiff's responsibility to apprise the Court of his current address"); *Robinson* v. *United States*, No. 03 Civ. 1001 (SCR), 2005 WL 2234051, at *2 (S.D.N.Y. Sept. 8, 2005) ("Only the Plaintiff can be

responsible for notifying the court and the Defendant of his updated address, and Plaintiff's failure to do so has made it impossible to provide him any notice."). The deadlines set forth in the OTSC remain the same.

The Clerk of Court is directed to mail a copy of this Order and the OTSC to Plaintiff at the following address: 737 Post Street #434 San Francisco, CA 94109.

Defendants are directed to email a copy of this Order and the OTSC to Plaintiff at her email address, mccoysgiftllc@gmail.com, and to notify the Court once they have done so. (*See* Dkt. #17).

SO ORDERED.

Dated: August 25, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge